B 250A
(8/96)

# United States Bankruptcy Court

Northern District of Ohio

In re

<u>Forum Health, et al.</u>                ) Case No. 09-40795
                Debtor                        )

<u>Forum Health, et al.</u>                ) Chapter 11
                Plaintiff                      )

     v.                                 )

<u>Office Depot, Inc.</u>                   ) Adv. Proc. No. 11-04062
                Defendant                     )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the Complaint which is attached to this Summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this Summons, except that the United States and its offices and agencies shall file a motion or answer to the Complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>Federal Building & U.S. Courthouse<br>10 E. Commerce Street<br>Youngstown, Ohio 44503 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
    Timothy M. Reardon, Esq.
    Kevin L. Bradford, Esq.
    Nadler Nadler & Burdman Co., L.P.A.
    20 Federal Plaza West, Suite 600
    Youngstown, Ohio 44503

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                KENNETH J. HIRZ
                                                *Clerk of the Bankruptcy Court*

MAR -9 2011                 By: _[signature]_
_____                              Deputy Clerk
Date